## STATEMENT OF FACTS

On Tuesday, April 7, 2020, at approximately 10:20 p.m., members of the Metropolitan Police Department (MPD) Sixth District received a call for a suspicious person at 514 Ridge Road Southeast in Washington D.C. The location is an apartment building. Upon arrival, officers made contact with the caller, a resident of the apartment building, who reported that individuals were staying in apartment 312, when the apartment is supposed to be vacant. The officers made their way up the stairs and made contact with an individual later identified as Jonathan Lattimore (Defendant Lattimore). Defendant Lattimore was wearing a black coat and had a backpack on his person.

As soon as Defendant Lattimore saw the officers, he ran up the stairs in the hallway in front of apartment 312. Officers attempted to detain Defendant Lattimore, but he attempted to pull away from officers. As he did so, Defendant Lattimore was reaching into the backpack in his possession to retrieve an item while struggling with officers. Officer Gonzalez was able to grab the backpack and feel that the backpack contained a large firearm while struggling with Defendant Lattimore. Defendant Lattimore became assaultive and continued to reach for the firearm inside of the backpack. Defendant Lattimore was yelling for an unknown person to open the apartment door of apartment 312. An adult male then opened the door to the apartment and released a large pit bull from the apartment. Officer Vanterpool feared for his safety and was able to OC spray the pit bull, causing the animal to flee down the stairs away from officers.

While Officer Vanterpool was interacting with the pit bull, Officer Gonzalez was able to get the backpack off of Defendant Lattimore and fully secure the backpack with the firearm, but Defendant Lattimore was able to escape into apartment 312 and he closed the door. The officers called for backup. Officer Kelvin Smith responded and found Defendant Lattimore lying on the ground outside of the building, underneath the window to apartment 312, appearing incoherent and delirious. Defendant Lattimore appeared to have jumped out of the third floor window of the apartment in an attempt to elude police custody. Defendant Lattimore was placed under arrest and was transported to the hospital for treatment from the fall.

A firearm was recovered in the backpack that was recovered from Defendant Lattimore and he was placed under arrest. The firearm was determined to be a Desert Eagle, silver Magnum Research, .44 magnum caliber handgun with a serial number of 43206708. When it was recovered, it was loaded with eight (8) rounds in the magazine and no round in the chamber. There are no firearm or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce. Additionally, a check of the firearm's serial number revealed that it was reported stolen from New Carrollton, Maryland in January 2020.

A criminal history check of Defendant Lattimore through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the United States District Court for the District of Maryland, Criminal Case No. 09-CR-444-002 for Unlawful Possession of a Firearm. The defendant was sentenced to one hundred and twenty (120) months for this conviction and is currently still on supervision for this conviction. Therefore, the defendant was

aware at the time of this incident that he has a prior conviction for a crime punishable by more than one year.

Search incident to the arrest of Defendant Lattimore for the firearm possession, the following was found on the person of Defendant Lattimore. Several of these items were recovered by the arresting officers on scene, and others were discovered while hospital staff were treating Defendant Lattimore in the presence of officers at the hospital. The items were all on the defendant's person.

- Clear bag containing a rock like substance weighing 16.7 grams including packaging that field tested positive for Cocaine base – recovered by MPD officers on scene.
- Clear bag containing a powder substance weighing 13.7 grams including packaging that field tested positive for Heroin – recovered at the hospital.
- Green bag containing a rock like substance weighing 11.2 grams including packaging that is suspected crack cocaine – recovered at the hospital.
- Clear bag containing a white powder substance weighing 9.8 grams including packaging that is suspected powder cocaine – recovered at the hospital.
- Clear bags containing pink Oxycodone pills weighing 2 grams including packaging that were identified by head stamp identifier – recovered at the hospital.
- Yellow bag containing a rock like substance weighing 6.8 grams including packaging that field tested positive for Cocaine base – recovered at the hospital.
- Multiple plastic zip lock packages frequently used to package narcotic sales – recovered by MPD officers on scene.
- A digital scale frequently used to weight narcotics before and after sale – recovered by MPD officers on scene.
- $1154.26 U.S. Currency in denominations consistent with that of narcotic sales – recovered by MPD officers on scene.

The amount of cocaine and crack cocaine recovered and the circumstances of their recovery, including the way they were packaged, the presence of narcotics packaging and a scale, the amount of money recovered and the presence of a firearm, all indicate that the drugs were possessed with the intent to distribute as opposed to possession for personal use. The recovery of an illegally possessed, loaded firearm in a backpack on the defendant's person in addition to the drugs and money possessed on the defendant's person indicates that the firearm was possessed in furtherance of the drug trafficking offense, in particular to protect the value of the drugs and money possessed by the defendant.

Officer Gonzalez was present for the initial contact of Defendant Lattimore, the investigation and the arresting officer of Defendant Lattimore.

_____
OFFICER JUAN GONZALEZ
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 8, 2020.*

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE